UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

KENNETH M. GROSE
NATONDA T. GROSE

                   : Bankruptcy No. 15-17892SR
     Debtor(s)        : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: March 22, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

KENNETH M. GROSE
NATONDA T. GROSE
1319 FOULKROD STREET
PHILADELPHIA,PA.19124