United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kenneth M. Grose
Natonda T. Grose
    Debtors

Case No. 15-17892-sr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR            Page 1 of 2            Date Rcvd: Mar 22, 2017
                Form ID: pdf900        Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
```
db/jdb         +Kenneth M. Grose,    Natonda T. Grose,    1319 Foulkrod Street,    Philadelphia, PA 19124-5902
cr             +Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,    1451 Thomas Langston Road,
                 Winterville, NC 28590-8872
13626113      ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court:  T-Mobile,    P.O. Box 742596,    Cincinnati, OH 45274-2596)
13626098       +Comnwlth Fin,    245 Main Street,    Scranton, PA 18519-1641
13626101        Frost - Arnett Company,    PO Box 198988,    Nashville, TN 37219-8988
13626102        Jefferson Outpatient Imaging,     PO Box 637249,    Cincinnati, OH 45263-7249
13626103        Jefferson University Physicians,    Central Business Office,    P.O. Box 40089,
                 Philadelphia, PA 19106-0089
13626104       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13626105       +Michael A. Daniels, MD,    2 Penn Boulevard,    Suite 206,    Philadelphia, PA 19144-1403
13626106       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13626109       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
13626111       +Philadelphia Traffic Court,    P.O. Box 12866,    Philadelphia, PA 19176-0866
13626115       +Trumark Fin,    1000 Northbrook Dr,    Trevose, PA 19053-8430
13757188       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13653165        Wells Fargo Bank NA,    dba Wells Fargo Dealer Services,    PO Box 19657,    Irvine, CA 92623-9657
13626117       +Wfds,    Po Box 1697,    Winterville, NC 28590-1697
13626118       +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
13626119       +Xerox Soluti,    Pob 41819,    Philadelphia, PA 19101-1819
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 23 2017 01:38:58     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2017 01:38:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2017 01:38:50     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13626090        E-mail/Text: tropiann@einstein.edu Mar 23 2017 01:38:28     Albert Einstein Medical Ctr.,
                 P.O. Box 785371,    Philadelphia, PA 19178-5371
13633439        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2017 01:39:15
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13717546       +E-mail/Text: bankruptcy@phila.gov Mar 23 2017 01:38:58
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY UNIT - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13626092       +E-mail/Text: equiles@philapark.org Mar 23 2017 01:39:09     City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13626091       +E-mail/Text: bankruptcy@phila.gov Mar 23 2017 01:38:57     City of Philadelphia,
                 Dept. of Revenue - Water Revenue Bureau,    1401 John F. Kennedy Blvd.,
                 Philadelphia, PA 19102-1611
13626097       +E-mail/Text: bankruptcy@phila.gov Mar 23 2017 01:38:58     City of Philadelphia - Law Dept.,
                 One Parkway Bldg.,    1515 Arch Street, 15th Fl,    Philadelphia, PA 19102-1504
13626100       +E-mail/Text: bknotice@erccollections.com Mar 23 2017 01:38:40     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13626099        E-mail/Text: cio.bncmail@irs.gov Mar 23 2017 01:38:22     Department of the Treasury,
                 Internal Revenue Service,    Cincinnati, OH 45999-0030
13658177       +E-mail/Text: bankruptcygroup@peco-energy.com Mar 23 2017 01:38:24     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13626107       +E-mail/Text: blegal@phfa.org Mar 23 2017 01:38:39     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13626108       +E-mail/Text: bankruptcygroup@peco-energy.com Mar 23 2017 01:38:24     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13640033       +E-mail/Text: equiles@philapark.org Mar 23 2017 01:39:09     Philadelphia Parking Authority,
                 701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13626116        E-mail/Text: james.feighan@phila.gov Mar 23 2017 01:39:11     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 16
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13626112        Service Master,   UNKNOWN
13626093*      +City of Philadelphia,    Parking Violations Branch,    P.O. Box 41818,
                 Philadelphia, PA 19101-1818
13626094*      +City of Philadelphia,    Parking Violations Branch,    P.O. Box 41818,
                 Philadelphia, PA 19101-1818
13626095*      +City of Philadelphia,    Parking Violations Branch,    P.O. Box 41818,
                 Philadelphia, PA 19101-1818
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Mar 22, 2017
                              Form ID: pdf900           Total Noticed: 34


              ***** BYPASSED RECIPIENTS (continued) *****
13626096*      +City of Philadelphia,   Parking Violations Branch,   P.O. Box 41818,
                 Philadelphia, PA 19101-1818
13626121*      +Xerox Soluti,   Pob 41818,   Philadelphia, PA 19101-1818
13626120*      +Xerox Soluti,   Pob 41819,   Philadelphia, PA 19101-1819
13626122*      +Xerox Soluti,   Pob 41819,   Philadelphia, PA 19101-1819
13626114     ##+Transworld System Inc/,   2235 Mercury Way Ste 275,   Santa Rosa, CA 95407-5463
13626110     ##philadelphia parking authority,   2467 grant avenue,   Philadelphia, PA 19114-1004
                                                                                         TOTALS: 1, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Joint Debtor Natonda T. Grose dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Kenneth M. Grose dmo160west@gmail.com,
               davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., dba Wells Fargo Dealer
               Services, Inc. mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

KENNETH M. GROSE
NATONDA T. GROSE

                                                    : Bankruptcy No. 15-17892SR
         Debtor(s)              : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: March 22, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

KENNETH M. GROSE
NATONDA T. GROSE
1319 FOULKROD STREET
PHILADELPHIA,PA.19124